

# Fourth Court of Appeals
## San Antonio, Texas

September 24, 2021

No. 04-20-00129-CV

Guangcun **HUANG**,
Appellant

v.

Linman **CHANG**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-12481
Honorable Peter Sakai, Judge Presiding

## O R D E R

On September 21, 2021, appellant filed an "Unopposed Motion to Amend Motion for Rehearing and File Second Amended Motion for Rehearing." After consideration, this motion is **GRANTED**. Appellant's Second Amended Motion for Rehearing supersedes his previously filed Motion for Rehearing and First Amended Motion for Rehearing. We advise appellant that further requests to amend his motion for rehearing will be disfavored without a showing of extraordinary circumstances. *See* TEX. R. APP. P. 49.6 (after the expiration of time to file a motion for rehearing, leave of court is required to amend the motion).

It is so **ORDERED** on September 24, 2021.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court